**UNITED STATES of America, Plaintiff–Appellee**

v.

**Toby P. YOUNG BEAR, Defendant–Appellant.**

**No. 14–1677.**

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 22, 2014.

Filed: Aug. 27, 2014.

Rick Lee Volk, Assistant U.S. Attorney, U.S. Attorney's Office, Bismarck, ND, for Plaintiff–Appellee.

William D. Schmidt, Assistant, Federal Public Defender Federal Public Defender's Office, Bismarck, ND, for Defendant–Appellant.

Toby P. Young Bear, Minneapolis, MN, pro se.

Before WOLLMAN, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Toby Young Bear directly appeals the sentence of 4 months in prison imposed by

the district court[1] upon revoking his supervised release. Because Young Bear has been released from custody and has fully discharged his revocation sentence, we dismiss this appeal as moot. *Cf. Spencer v. Kemna,* 523 U.S. 1, 7–18, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998) (declaring challenge to allegedly erroneous parole revocation moot because defendant had already served his entire sentence). We also deny counsel's motion to withdraw as moot.

---

1. The Honorable Daniel L. Hovland, United States District Judge for the District of North Dakota.